IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEVEN SPRINGS LIMITED PARTNERSHIP,

    Plaintiff,

vs.

FOX CAPITAL MANAGEMENT CORP.,

    Defendant.

CIV. NO. S- 07-0142 LKK GGH

ORDER

After telephonic conference on March 29, 2007 at which Scott H. Reisch and Michael Vinding appeared for defendant and moving party, and Brooks Beard appeared for plaintiff, the court orders the following in regard to defendant's ex parte application for order shortening time on defendant's motion to stay discovery, or in the alternative, motion for protective order.

With the exception of the three individual depositions referenced in the Joint Statement and below in this order, all discovery is temporarily stayed pending court receipt of the opposition to the motion to dismiss now pending in this case. After review of the opposition, and pursuant to the standards discussed at the conference, the undersigned will issue an order continuing or dissolving the stay of discovery.

1

1  Seven Springs may depose the three individuals referenced in the Joint Statement.
2  However, as agreed to at conference, the first deposition shall take place on April 13, 2007.
3  Three days prior to that deposition, Seven Springs shall serve by electronic delivery or overnight
4  mail, those documents which it plans to utilize with any of the three deponents.  Except for
5  counsel's notes, any document in the possession of Seven Springs which references one or more
6  of the three deponents shall also be disclosed three days prior to the April 13 deposition.  The
7  taking of these three depositions is without prejudice to a request by defendant to take
8  supplemental depositions of these persons should discovery of future facts warrant such.

9  In return for placing the first deposition on April 13th, defendant shall reimburse
10  plaintiff the $250.00 incurred for obligating the deposition room for March 30, 2007.

11  Accordingly, IT IS ORDERED that:

12  1.  Defendant's ex parte application for order shortening time, filed March 26,
13  2007, is granted.

14  2.  Defendant's motion to stay discovery or for protective order, filed March 26,
15  2007, is granted in part, in accordance with the terms of this order.

16  DATED: 3/30/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:SevenSprings.dep.wpd