UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEVEN SPRINGS LIMITED PARTNERSHIP, a Missouri limited partnership,

        Plaintiff,

    v.

FOX CAPITAL MANAGEMENT CORPORATION, a California corporation,

        Defendant.
_____/

NO. CIV. S-07-142 LKK/GGH

O R D E R

Defendant is granted until August 11, 2007 to join additional parties. In the meantime, discovery shall be limited to issues pertaining to the joinder of additional parties. A further status conference is hereby SET for September 24, 2007 at 2:00 p.m. Defendant is directed to serve this order on any additional parties who are subsequently joined.

    IT IS SO ORDERED.

    DATED: June 12, 200

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT