UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEVEN SPRINGS LIMITED PARTNERSHIP, a Missouri limited partnership,

    Plaintiff,

  v.

FOX CAPITAL MANAGEMENT CORPORATION, a California corporation,

    Defendant.

/

NO. CIV. S-07-142 LKK/GGH

O R D E R

Pursuant to stipulation and for good cause shown:

1. Seven Springs Limited Partnership shall have until August 1, 2007, to serve its responses and objections to Fox's Amended First Set of Interrogatories, and until August 31, 2007, to serve its responses and objections to Fox's Amended First Request for Production. Further, Fox Capital Management Corporation shall have until October 31, 2007 to join additional parties.

////

////

1

2.  The status conference currently scheduled for September 24, 2007 is hereby CONTINUED to November 5, 2007 at 2:30 p.m.

IT IS SO ORDERED.

DATED: July 30, 2007.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT