1    SCOTT H. REISCH (CA Bar No. 139559)
     HOGAN & HARTSON LLP
2    One Tabor Center
     1200 Seventeenth Street
3    Denver, CO  80202
     Telephone: (303) 899-7300
4    Facsimile: (303) 899-7333
     Email: shreisch@hhlaw.com
5
     MICHAEL V. BRADY (CA Bar No. 146370)
6    MICHAEL E. VINDING (CA Bar No. 178359)
     DIEPENBROCK HARRISON
7    400 Capitol Mall, Suite 1800
     Sacramento, CA 95814
8    Telephone:  (916) 446-4469
     Facsimile:   (916) 446-4535
9    Email: mbrady@diepenbrock.com

10
     Attorneys for Defendant
11   FOX CAPITAL MANAGEMENT CORPORATION

12

13                    UNITED STATES DISTRICT COURT

14                   EASTERN DISTRICT OF CALIFORNIA

15

16   SEVEN SPRINGS LIMITED                Case No. 07-CV-00142-LKK-GGH
     PARTNERSHIP, a Missouri limited
17   partnership,
                                          **STIPULATION AND ORDER**
18                   Plaintiff,           **EXTENDING FOX'S DEADLINE FOR**
                                          **JOINING ADDITIONAL PARTIES**
19          v.

20   FOX CAPITAL MANAGEMENT
     CORPORATION, a California corporation,
21
                     Defendant.
22

23

24          Defendant Fox Capital Management Corporation ("Fox") and Plaintiff Seven Springs

25   Limited Partnership ("Seven Springs") and, by and through their respective counsel, respectfully

26   ─────────────────────────────────────────────────────────────
     **STIPULATION AND [PROPOSED] ORDER EXTENDING FOX'S DEADLINE FOR JOINING**
27                           **ADDITIONAL PARTIES**
                                     **-1-**
28

1   request that the Court grant, in the form of an Order, the parties' stipulated request to extend Fox's

2   deadline for joining additional parties.  In support of this stipulated request, the parties state as

3   follows:

4         1.      In an Order dated June 12, 2007, the Court set August 11, 2007 as the deadline for

5   Fox to join additional parties ("June 2007 Order").

6         2.      In response to a joint stipulation filed by the parties on July 25, 2007, on July 30,

7   2007 the Court extended Seven Springs' deadline for its responses and objections to Fox's First

8   Amended Request for Production of Documents ("Fox's Document Request") to August 31, 2007

9   and extended Fox's deadline for joining additional parties to October 31, 2007 ("July 2007 Order").

10  As cited in the joint stipulation, the primary reason for the extensions was that, despite diligent

11  efforts by Seven Springs to collect potentially relevant and responsive documents from several

12  different sources, the document collection process was considerably more complex and was taking

13  significantly longer than Seven Springs anticipated.  In addition, the joint stipulation noted that Fox

14  has had no connection with the property that is the subject of this litigation for over twenty years

15  and is not in a position to complete its review of potential additional parties until it has had an

16  opportunity to review and evaluate the information and documents produced by Seven Springs in

17  response to Fox's Document Request.

18        3.      Seven Springs represents that since the Court issued the July 2007 Order, it  has

19  continued its diligent collection, processing, review, and production of potentially relevant and

20  responsive paper and electronic documents from multiple sources, including:  (1) Jim Meredith, the

21  property manager for the South Y Shopping Center; (2) Commerce Trust Company ("Commerce"),

22  which, in its capacity as trustee of the Jack R. Lyddon Trust II, serves as the managing member of

23  Real Estate Management Associates ("REMA"), the sole general partner of Seven Springs; and (3)

24  PES Environmental, Inc., Seven Springs' environmental consultant  ("PES").

25        4.      On August 31, 2007, Seven Springs served Fox with its response to Fox's Document

**STIPULATION AND [PROPOSED] ORDER EXTENDING FOX'S DEADLINE FOR JOINING ADDITIONAL PARTIES**
-2-

Request, which included its objections to Fox's Document Request, and stated that Seven Springs would produce all non-privileged responsive documents to Fox on a rolling basis, subject to its objections and a protective order proposed by the parties, which was submitted to the Court on August 15, 2007.

5.     Seven Springs is in the process of collecting, reviewing, processing and producing both paper documents and electronic documents.  The parties have agreed that Seven Springs will produce paper documents and electronic documents in TIFF format with associated "load files" (as applicable).  Fox will then  create a Concordance database of the documents with OCR capabilities.

**Paper Documents**

6.     Seven Springs has collected, processed, and reviewed approximately 3,000 pages of paper documents from PES, and produced to Fox nearly 2,000 pages of documents from PES.

7.     Seven Springs has collected, processed, and reviewed approximately 47,000 pages of paper documents from Mr. Meredith, and produced to Fox approximately 20,000 pages of documents from Mr. Meredith.

8.     Seven Springs has collected and processed – and continues to review – approximately 67,000 pages of paper documents from multiple Commerce offices in Missouri. Seven Springs has produced to Fox over 5,000 pages of documents from Commerce.

9.     Seven Springs will complete its production of all paper documents by October 12, 2007.

**Commerce and Meredith Electronic Documents**

10.    Seven Springs collected and processed in excess of 60 gigabytes of electronic documents from Mr. Meredith and Commerce.  The parties negotiated a filter list of search terms to reduce the amount of electronic data for review.  This filter list only reduced the volume of electronic documents to 10 gigabytes (750,000 pages).  In light of this large volume, Seven Springs revised the filter list and re-applied it to the data.  Seven Springs is now left with approximately 5

**STIPULATION AND [PROPOSED] ORDER EXTENDING FOX'S DEADLINE FOR JOINING ADDITIONAL PARTIES**
-3-

sf-2398683
\\\DE - 068494/000017 - 344665 v1

1    gigabytes (375,000 pages) of electronic documents to for review for relevance.

2        11.    Seven Springs will begin reviewing these electronic documents once it has

3    completed its paper document production, and will produce relevant, non-privileged documents on

4    a rolling basis.  Based upon the volume of materials, the electronic format, and the potential that

5    technical difficulties could arise, Seven Springs' best estimate is that it will complete its production

6    of relevant electronic documents from Mr. Meredith and Commerce by November 30, 2007.

7    **PES Electronic Documents**

8        12.    PES' electronic data was initially collected by a PES IT employee.  Seven Springs

9    recently learned from its electronic discovery vendor that the PES data -- approximately 10–12

10   gigabytes -- contains numerous sector errors and many corrupted files.  Seven Springs has engaged

11   an outside consultant to re-collect the PES data.  Seven Springs will process and review all

12   uncorrupted data that its consultant succeeds in collecting from PES.  Seven Springs may have as

13   much as 3 gigabytes (approximately 225,000 pages) to review for relevance after collection, re-

14   processing, and application of the filters list.

15       13.    Based upon the volume of materials, the electronic format, and the potential that

16   technical difficulties could arise, Seven Springs' best estimate is that it will complete its review and

17   production of all relevant, uncorrupted PES electronic data by November 30, 2007.

18       14.    As it has been doing, Seven Springs will keep Fox informed of any changes in its

19   anticipated production schedule.

20   //

21   //

22   //

23   //

24   //

25   //

26   **STIPULATION AND [PROPOSED] ORDER EXTENDING FOX'S DEADLINE FOR JOINING**
     **ADDITIONAL PARTIES**
27   -4-

28

/

**Deadline to Name Additional Parties**

15.    In light of the volume of documents that Seven Springs needs to collect, process, and review, as well as the time it is expected to take to complete the review and production, and in light of Fox's need for these documents before it can determine which additional parties to join in this matter, the parties further stipulate and respectfully request the Court's approval that Fox's deadline for joining additional parties be extended until 90 days after Seven Springs has completed its production, excluding disputes relating to privilege logs.  As discussed above, Seven Springs currently anticipates completing its production by November 30, 2007, excluding disputes relating to privilege logs.  Seven Springs will provide notice to Fox when it has completed its production.
.

Dated: October 3, 2007                     HOGAN & HARTSON LLP

                                           By: /s/ Scott H. Reisch
                                               Scott H. Reisch (CA Bar No. 139559)
                                               Attorneys for Defendant
                                               FOX CAPITAL MANAGEMENT
                                               CORPORATION


                                           DIEPENBROCK HARRISON

                                           By: /s/ Michael V. Vinding
                                                Michael V. Brady (CA Bar No. 146370)
                                                Michael E. Vinding (CA Bar No. 178359)
                                                Attorneys for Defendant
                                                FOX CAPITAL MANAGEMENT
                                                CORPORATION


Dated: October 3, 2007                     MORRISON & FOERSTER LLP

                                           By: /s/ Brooks M. Beard
                                               Brooks M. Beard (CA Bar No. 181271)
                                               Rachael Clarke (CA Bar No. 248844)
                                               Attorneys for Plaintiff
                                               SEVEN SPRINGS LIMITED PARTNERSHIP

---

**STIPULATION AND [PROPOSED] ORDER EXTENDING FOX'S DEADLINE FOR JOINING ADDITIONAL PARTIES**
-5-

**ORDER**

Pursuant to stipulation and for good cause shown,

1.     Subject to its written objections, Seven Springs Limited Partnership ("Seven Springs") will produce to Fox Capital Management Corporation ("Fox") paper documents responsive to Fox's Amended First Request for Production (dated June 25, 2007) ("Fox's Document Request"), in the format agreed to by the parties, on a rolling basis and expects to complete such production by October 12, 2007.

2.     Subject to its written objections, Seven Springs will produce to Fox electronic documents responsive to Fox's Document Request, in the format agreed to by the parties, on a rolling basis and expects to complete such production by November 30, 2007.

3.     Upon completing such production, Seven Springs shall provide written notice to Fox.

4.     Based on the dates referenced above, Fox's deadline for joining additional parties is extended to the date ninety days after Seven Springs notifies Fox in writing that it has completed its production, in accordance with Paragraph 3.

Dated: October 16, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION AND [PROPOSED] ORDER EXTENDING FOX'S DEADLINE FOR JOINING ADDITIONAL PARTIES**
-6-

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on this 3rd day of October, 2007, I caused a true and correct copy of the

3

foregoing **STIPULATION AND [PROPOSED] ORDER REGARDING SEVEN SPRINGS'
PRIVILEGE LOG AND EXTENDING FOX'S DEADLINE FOR JOINING ADDITIONAL**

4

**PARTIES** to be placed in the United States mail, postage prepaid, addressed as follows:

5

Brooks M. Beard
Rachael Clarke

6

Morrison & Foerster LLP
425 Market Street

7

San Francisco, CA  94105-2482
bbeard@mofo.com

8

rclarke@mofo.com

9

10

/s/ Scott H. Reisch
Scott H. Reisch

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**STIPULATION AND [PROPOSED] ORDER EXTENDING FOX'S DEADLINE FOR JOINING
ADDITIONAL PARTIES**

27

-7-

28