1   SCOTT H. REISCH (CA Bar No. 139559)
    HOGAN & HARTSON LLP
2   One Tabor Center
    1200 Seventeenth Street
3   Denver, CO  80202
    Telephone: (303) 899-7300
4   Facsimile: (303) 899-7333
    Email: shreisch@hhlaw.com
5
    MICHAEL V. BRADY (CA Bar No. 146370)
6   MICHAEL E. VINDING (CA Bar No. 178359)
    DIEPENBROCK HARRISON
7   400 Capitol Mall, Suite 1800
    Sacramento, CA 95814
8   Telephone:  (916) 446-4469
    Facsimile:   (916) 446-4535
9   Email: mbrady@diepenbrock.com
10
    Attorneys for Defendant
11  FOX CAPITAL MANAGEMENT CORPORATION

12

13                  UNITED STATES DISTRICT COURT

14                 EASTERN DISTRICT OF CALIFORNIA

15

16  SEVEN SPRINGS LIMITED                    Case No. 07-CV-00142-LKK-GGH
    PARTNERSHIP, a Missouri limited
17  partnership,                             **REQUEST TO VACATE THE
                                             NOVEMBER 5, 2007 HEARING AS SET
18                        Plaintiff,         FORTH IN THE COURT'S ORDER OF
                                             JULY 30, 2007**
19        v.

20  FOX CAPITAL MANAGEMENT
    CORPORATION, a California corporation,
21
                          Defendant.
22

23

24        In light of the Court's Order of October 16, 2007, extending the dates for document

25  production and the joining of additional parties, Defendant Fox Capital Management Corporation

26  and Plaintiff Seven Springs Limited Partnership, by and through their respective counsel,

27  respectfully request that the Court vacate the November 5, 2007 Status Conference, as set forth in

28  the Court's Order of July 30, 2007.  If the Court so orders, the parties will contact the Court

---
REQUEST TO VACATE STATUS CONFERENCE AND [PROPOSED] ORDER
**-**1-

1   to schedule a Status Conference prior to the deadline for joining additional parties, as agreed to by

2   the parties during the October 16, 2007 Status Conference.

3   Respectfully submitted,

4   Dated: October 31, 2007                    HOGAN & HARTSON LLP

5

6                                              By: /s/ Scott H. Reisch
                                                   Scott H. Reisch (CA Bar No. 139559)
7                                                  (as authorized on October 31, 2007)
                                                   Attorneys for Defendant
8                                                  FOX CAPITAL MANAGEMENT
                                                   CORPORATION
9

10                                             DIEPENBROCK HARRISON

11

12                                             By: /s/ Michael E. Vinding
                                                   Michael V. Brady (CA Bar No. 146370)
13                                                 Michael E. Vinding (CA Bar No. 178359)
                                                   Attorneys for Defendant
14                                                 FOX CAPITAL MANAGEMENT
                                                   CORPORATION
15

16   Respectfully submitted,

17   Dated: October 31, 2007                    MORRISON & FOERSTER LLP

18

19                                             By: /s/ Brooks M. Beard
                                                   Brooks M. Beard (CA Bar No. 181271)
20                                                 (as authorized on October 31, 2007)
                                                   Rachael Clarke (CA Bar No. 248844)
21                                                 Attorneys for Plaintiff
                                                   SEVEN SPRINGS LIMITED PARTNERSHIP
22

23

24

25

26

27

28

**[PROPOSED] ORDER**

1.      Good cause shown, the November 5, 2007, Status Conference is hereby VACATED.


Dated: November 1, 2007


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT