BROOKS M. BEARD (CA Bar No. 181271)
RACHAEL CLARKE (CA Bar No. 248844)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522
Email:  bbeard@mofo.com

Attorneys for Plaintiff
SEVEN SPRINGS LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVEN SPRINGS LIMITED PARTNERSHIP, a Missouri limited partnership,<br><br>                     Plaintiff,<br><br>          v.<br><br>FOX CAPITAL MANAGEMENT CORPORATION, a California corporation,<br><br>                     Defendant. | Case No. 07-CV-00142-LKK-GGH<br><br>**STIPULATION AND ORDER REGARDING COMMUNICATIONS ON PRIVILEGE LOGS** |

Plaintiff Seven Springs Limited Partnership ("Seven Springs") and Defendant Fox Capital Management Corporation ("Fox"), by and through their respective counsel, stipulate as follows:

1.   Seven Springs shall not be required to include on any privilege log any documents dated January 19, 2007 or thereafter, that reflect communications solely between or among (a) Seven Springs and/or Commerce Trust Company ("Commerce"), on the one hand, and Commerce/Seven Springs' outside and/or in-house counsel, on the other hand; or (b) Commerce/Seven Springs' counsel.

2.   Fox shall not be required to include on any privilege log any documents dated January 19, 2007 or thereafter, that reflect communications solely between or among (a) Fox, on the

**STIPULATION AND [PROPOSED] ORDER REGARDING COMMUNICATIONS ON PRIVILEGE LOGS**

1 | one hand, and Fox's outside and/or in-house counsel, on the other hand; or (b) Fox's counsel.

Dated: November 26, 2007          HOGAN & HARTSON LLP

By: /s/Scott H. Reisch
    Scott H. Reisch (CA Bar No. 139559)
    (as authorized on November 26, 2007)
    Attorneys for Defendant
    FOX CAPITAL MANAGEMENT
    CORPORATION

DIEPENBROCK HARRISON

By: /s/Michael E. Vinding
    Michael V. Brady (CA Bar No. 146370)
    Michael E. Vinding (CA Bar No. 178359)
    (as authorized on November 26, 2007)
    Attorneys for Defendant
    FOX CAPITAL MANAGEMENT
    CORPORATION

Dated: November 26, 2007          MORRISON & FOERSTER LLP

By: /s/ Rachael Clarke
    Brooks M. Beard (CA Bar No. 181271)
    Rachael Clarke (CA Bar No. 248844)
    Attorneys for Plaintiff
    SEVEN SPRINGS LIMITED PARTNERSHIP

**STIPULATION AND [PROPOSED] ORDER REGARDING COMMUNICATIONS ON PRIVILEGE LOGS**

sf-2422831 v3

## ORDER

As agreed to by Stipulation, IT IS SO ORDERED.

Dated: 12/3/07                     /s/ Gregory G. Hollows
                                   Honorable Gregory G. Hollows
                                   United States Magistrate Judge

Seven.ord

**STIPULATION AND [PROPOSED] ORDER REGARDING COMMUNICATIONS ON PRIVILEGE LOGS**

-3-

sf-2422831 v3