1  SCOTT REISCH, SB #139559
      E-Mail: shreisch@hhlaw.com
2  **HOGAN & HARTSON LLP**
   One Tabor Center
3  1200 Seventh Street
   Denver, CO 80202
4  Telephone : (303) 899-7300
   Facsimile:   (303) 899-7333
5
   GLENN A. FRIEDMAN, SB# 104442
6      E-Mail: friedman@lbbslaw.com
   PAUL A. DESROCHERS, SB# 214855
7      E-Mail: desrochers@lbbslaw.com
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
8  One Sansome Street, Suite 1400
   San Francisco, California  94104
9  Telephone: (415) 362-2580
   Facsimile: (415) 434-0882
10
   Attorneys for Defendant
11 FOX CAPITAL MANAGEMENT CORPORATION

12                  UNITED STATES DISTRICT COURT

13                  EASTERN DISTRICT OF CALIFORNIA

14

15 SEVEN SPRINGS LIMITED PARTNERSHIP, )  CASE NO. 07-CV-00142-LKK-GGH
   a Missouri limited partnership,               )
16                                               )  **STIPULATION AND ORDER EXTENDING**
                   Plaintiff,                    )  **DEADLINE FOR FOX CAPITAL**
17                                               )  **MANAGEMENT TO JOIN ADDITIONAL**
          v.                                     )  **PARTIES**
18                                               )
   FOX CAPITAL MANAGEMENT                        )  Complaint Filed : May 16, 2007
19 CORPORATION, a California corporation,        )  Answer Filed:    May 31, 2007
                                                 )  Judge:      Hon. Lawrence K.  Karlton
20                 Defendant.                    )
                                                 )
21

22        Defendant FOX CAPITAL MANAGEMENT CORPORATION ("Fox") and plaintiff

23 SEVEN SPRINGS LIMITED PARTNERSHIP ("Seven Springs"), by and through their respective

24 counsel, respectfully request that the Court grant the parties' stipulated request to extend the

25 deadline for Fox to join additional parties.  In support of this stipulated request, the parties state as

26 follows:

27 ///

28 ///

1.  Pursuant to the Court's October 16, 2007 Order ("October Order"), Seven Springs produced approximately 50,000 pages of documents to Fox on or about December 21, 2007 and a final supplemental production on or about January 23, 2007.

2.  Pursuant to the October Order, the deadline for Fox to join any additional parties is 90 days after Seven Springs has completed its document production to Fox, excluding disputes related to privilege logs.  Accordingly, the current due date for Fox to join additional parties is on or about April 22, 2008.

3.  Following Fox's review and analysis of the voluminous documents produced by Seven Springs, counsel for Seven Springs and Fox recently met and the parties are currently in settlement negotiations, which could result in a dismissal without prejudice of the subject complaint. Furthermore, the parties have scheduled a joint meeting with the California Regional Water Quality Control Board, Lahontan Region ("RWQCB")  for May 9, 2008, to discuss a potentially mutually agreeable approach for addressing the conditions at the subject property.

4.  The parties are currently participating in ongoing fruitful negotiations, are interested in attempting to resolve this matter without incurring further litigation costs, and have scheduled a joint meeting with the RWQCB to discuss remediation of the subject property.  For these reasons, and in the interest of reducing the burden on the court and its resources, the parties stipulate and respectfully request the Court's approval that the deadline by which Fox is to join additional parties be extended to May 22, 2008.

5.  A status conference is set for August 4, 2008 at 2:00 p.m.  Fox is to give timely notice to any new defendant as to the date.

DATED:  April 14, 2008                    HOGAN & HARTSON LLP

By      /s/
          _____
          SCOTT H. REISCH (SB # 139559)
          Attorneys for Defendant
          FOX CAPITAL MANAGEMENT CORPORATION

///

1

2  DATED:  April 14, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

3

4
                                By   /s/
5                                    GLENN A. FRIEDMAN (SB# 104442)
                                     PAUL A. DESROCHERS (SB# 214855)
6                                    Attorneys for Defendant
                                     FOX CAPITAL MANAGEMENT CORPORATION
7

8  DATED:  April 14, 2008          MORRISON & FOERSTER LLP

9

10
                                By   /s/
                                     BROOKS M. BEARD (SB# 181271)
11                                   RACHAEL CLARKE (SB#248844)
                                     Attorneys for Plaintiff
12                                   SEVEN SPRINGS LIMITED PARTNERSHIP

13
                                 **ORDER**
14
          Pursuant to the stipulation of the parties and for good cause shown, it is hereby ordered as
15
   follows:
16
          The deadline for Fox to join additional parties is extended to May 22, 2008.
17

18
   IT IS SO ORDERED:
19
   Dated: April 17, 2008
20
   LEWIS BRISBOIS BISGAARD & SMITH LLP
   ONE SANSOME STREET, SUITE 1400
21                                   LAWRENCE  K.  KARLTON
                                     SENIOR JUDGE
22                                   UNITED STATES DISTRICT COURT

23

24

25

26

27

28