SCOTT REISCH, SB # 139559
　E-Mail: shreisch@hhlaw.com
**HOGAN & HARTSON LLP**
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Telephone:  303. 899.7355
Facsimile:  303. 899.7333

GLENN A. FRIEDMAN, SB# 104442
　E-Mail: friedman@lbbslaw.com
PAUL A. DESROCHERS, SB#214855
　E-Mail:  desrochers@lbbslaw.com
PETER A. SCHMID, SB# 209566
　E-Mail :  schmid@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
FOX CAPITAL MANAGEMENT
CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVEN SPRINGS LIMITED PARTNERSHIP, a Missouri limited partnership,<br><br>　　Plaintiff,<br><br>　　v.<br><br>FOX CAPITAL MANAGEMENT CORPORATION, a California corporation,<br><br>　　Defendant.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. 07-CV-00142-LKK-GGH<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR FOX CAPITAL MANAGEMENT CORPORATION TO JOIN ADDITIONAL PARTIES**<br><br>Judge:   Hon. Lawrence K.  Karlton<br><br>Complaint Filed: May 16, 2007 |

07-CV-00142-LKK-GGH
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO JOIN ADDITIONAL PARTIES

PDF created with pdfFactory trial version www.pdffactory.com

Defendant FOX CAPITAL MANAGEMENT CORPORATION ("Fox") and plaintiff SEVEN SPRINGS LIMITED PARTNERSHIP ("Seven Springs"), by and through their respective counsel, respectfully request that the Court grant the parties' stipulated request to extend the deadline for Fox to join additional parties. In support of this stipulated request, the parties state as follows:

1. Pursuant to the Court's October 16, 2007 Order ("October Order"), Seven Springs completed its document production on or about January 23, 2007.

2. Pursuant to the October Order, the initial deadline for Fox to join any additional parties was April 22, 2008, 90 days after Seven Springs had completed its document production to Fox, excluding disputes related to privilege logs.

3. On April 14, 2008, the parties jointly filed a Stipulation with this Court seeking an extension of the deadline for Fox to join any additional parties until May 22, 2008. The parties represented to the Court in the stipulation and at a teleconference convened by the Court on April 17, 2008, that they were in the midst of settlement discussions, and had scheduled a meeting with the California Regional Water Quality Board, Lahontan Region ("RWQCB"), for May 9, 2008. The purpose of the May 9 meeting with the RWQCB was to determine what remediation of the subject property (the "Site") the RWQCB would require. The parties hoped that if the work (and associated costs) required could be more clearly defined, they would be able to settle this matter and dismiss this action.

4. On April 18, 2008, the Court granted the request to extend the deadline for Fox to add additional parties until May 22, 2008, and scheduled a status conference for August 4, 2008.

5. Prior to the May 9, 2008 meeting, each party retained a consultant to study the Site and make recommendations for appropriate remediation. At the May 9 meeting, which was

PDF created with pdfFactory trial version www.pdffactory.com

attended by RWQCB representatives, as well as counsel and consultants advising each party, the parties jointly outlined potential approaches for Site remediation to the RWQCB.

6. At the May 9 meeting, the RWQCB staff reacted favorably to the remediation measures outlined by the parties' consultants, but indicated that some limited additional investigation would be required before it could concur with the scope of remediation outlined by the parties' consultants. The purpose of the investigation would be to delineate the contamination allegedly coming from the Site. Given the extensive on-Site investigation already performed by Seven Springs, the RWQCB's request for additional Site investigation was not anticipated by the parties.

7. The results of the additional Site investigation could have a substantial impact on the scope and cost of the Site remediation, the ability of the parties to settle this dispute, and which parties Fox would seek to join to this proceeding if the dispute is not resolved.

8. Since the May 9 meeting, the parties have tasked their consultants with developing a Site investigation proposal that would address the concerns raised by the RWQCB. It is anticipated that the proposal will be presented to the RWQCB within two weeks. Once approved by the RWQCB, the parties intend to promptly implement the Site investigation and report the results to the RWQCB.

9. In light of the parties' continuing efforts to settle this matter, and the uncertainty about which parties need to be joined, if any, pending the additional Site characterization work, the parties jointly request that Fox's deadline for joining additional parties be extended until July 22, 2008, which the parties believe provides enough time to complete the additional Site investigation, and obtain a response from the RWQCB regarding the scope of the Site remediation it will require.

PDF created with pdfFactory trial version www.pdffactory.com

10. Other than the deadline for Fox to name additional parties and the status conference scheduled for August 4, 2008, the Court has set no other deadlines in this lawsuit.

11. For these reasons, and in the in the interest of reducing the burden on the Court and its resources, the parties stipulate and respectfully request the Court's approval that the deadline by which Fox is to join additional parties be extended to July 22, 2008.

DATED: May 15, 2008                HOGAN & HARTSON LLP


By_____/s/_____
    SCOTT H. REISCH
    Attorneys for Defendant
    FOX CAPITAL MANAGEMENT CORPORATION


DATED: May 15, 2008                LEWIS BRISBOIS BISGAARD & SMITH LLP


By         _____/s/_____
    GLENN A. FRIEDMAN (SB# 104442)
    PAUL A. DESROCHERS (SB# 214855)
    Attorneys for Defendant
    FOX CAPITAL MANAGEMENT CORPORATION


DATED: May 15, 2008                MORRISON & FOERSTER LLP


By         _____/s/_____
    BROOKS M. BEARD
    RACHAEL CLARKE
    Attorneys for Plaintiff
    SEVEN SPRINGS LIMITED PARTNERSHIP

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Pursuant to the stipulation of the parties and for good cause shown, it is hereby ordered as follows:

The deadline for Fox to join additional parties is extended to July 22, 2008.

**IT IS SO ORDERED:**

Dated:  May 20, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com