1  SCOTT REISCH, SB # 139559
      E-Mail: shreisch@hhlaw.com
2  **HOGAN & HARTSON LLP**
   One Tabor Center, Suite 1500
3  1200 Seventeenth Street
   Denver, CO 80202
4  Telephone:  303. 899.7355
   Facsimile:  303. 899.7333
5
6  GLENN A. FRIEDMAN, SB# 104442
      E-Mail: friedman@lbbslaw.com
   PAUL A. DESROCHERS, SB#214855
7      E-Mail: desrochers@lbbslaw.com
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
8  One Sansome Street, Suite 1400
   San Francisco, California  94104
9  Telephone: 415.362.2580
   Facsimile: 415.434.0882
10
   Attorneys for Defendant
11 FOX CAPITAL MANAGEMENT
   CORPORATION
12

13

14                 UNITED STATES DISTRICT COURT

15                 EASTERN DISTRICT OF CALIFORNIA

16

17 | SEVEN SPRINGS LIMITED | CASE NO. 07-CV-00142-LKK-GGH |
   PARTNERSHIP, a Missouri limited
18 partnership,                       | **STIPULATION AND ORDER** |
                                      | **EXTENDING DEADLINE FOR FOX** |
19        Plaintiff,                  | **CAPITAL MANAGEMENT** |
                                      | **CORPORATION TO JOIN ADDITIONAL** |
20        v.                          | **PARTIES** |

21 FOX CAPITAL MANAGEMENT
   CORPORATION, a California corporation,   | Judge:   Hon. Lawrence K.  Karlton |
22
                                      | Complaint Filed: May 16, 2007 |
23        Defendant.

24 AND RELATED CROSS-ACTIONS.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO JOIN ADDITIONAL PARTIES

PDF created with pdfFactory trial version www.pdffactory.com

1    Defendant FOX CAPITAL MANAGEMENT CORPORATION ("Fox") and plaintiff

2   SEVEN SPRINGS LIMITED PARTNERSHIP ("Seven Springs"), by and through their respective

3   counsel, stipulate to and respectfully request that the Court grant the parties' request to extend the

4   deadline for Fox to join additional parties.  In support of this stipulated request, the parties state as

5   follows:

6       1.      On April 14, 2008, the parties submitted a stipulated request to the Court seeking to

7   extend an April 22, 2008 deadline for Fox to join additional parties.  The request was based on the

8   fact that Seven Springs and Fox were in the midst of productive settlement negotiations to resolve

9   the pending litigation.   In addition, the parties had scheduled a meeting with the California

10  Regional Water Quality Control Board, Lahontan Region ("RWQCB") for May 9, 2008, to

11  discuss a mutually agreeable approach for remediating the environmental conditions at Seven

12  Springs' property (the "Site").

13      2.      On April 18, 2008, pursuant to the parties stipulated request, the Court issued an

14  order ("April Order"), extending the deadline for Fox to join additional parties to May 22, 2008,

15  and scheduled a status conference for August 4, 2008.

16      3.      The parties met with the RWQCB on May 9, 2008, to discuss remediation of the

17  Site.  At the meeting, the RWQCB informed the parties that additional groundwater sampling was

18  necessary to characterize the Site and adjacent areas before the RWQCB could determine the

19  extent of any required remediation.

20      5.      Pursuant to the unanticipated request by the RWQCB for additional

21  investigationand the impact that said additional investigation will have on the scope and cost of

22  the remediation at issue, the ability of the parties to settle this dispute, and the number of parties

23  Fox would seek to join to this proceeding, the parties submitted a second stipulated request on

24  May 15, 2008, seeking to extend the deadline set in the April Order from May 22, 2008, until July

25  22, 2008.

26      6.      On May 20, 2008, the Court granted the parties stipulated request and issued an

27  order extending the deadline for Fox to join additional parties to July 22, 2008.

28

PDF created with pdfFactory trial version www.pdffactory.com

7.      Immediately following the May 9, 2008 meeting with the RWQCB, the parties began work on preparing a Work Plan for submission to the RWQCB to implement the additional investigative work requested by the RWQCB.

8.      The parties' efforts to prepare and submit a Work Plan for additional investigation were significantly delayed by a personal crisis affecting the consultant tasked with preparing the Work Plan and performing the investigation work at and near the Site.  The consultant's son was killed in an automobile accident on May 19, 2008.

9.      The parties jointly prepared and submitted a proposed Work Plan for the additional investigation on June 18, 2008.  The RWQCB verbally approved the proposed Work Plan on June 26, 2008.  However, in approving the Work Plan RWQCB suggested several modifications to the plan including the installation of additional monitoring wells and delaying commencement of work until after the July 4th weekend.

10.     The scope of the work to be performed under the Work Plan for the additional investigative work required by the RWQCB includes: (1) the installation, development and sampling of eight new duel-zone groundwater monitoring wells; (2) the analysis of the data obtained; and (3) generation of the necessary reports to the RWQCB.  The cost of this additional investigative work is approximately Ninety-Five Thousand dollars ($95,000).

11.     The consultant tasked with performing the additional investigation has obtained all of the required permits and approvals necessary to complete the additional investigation, which is expected to commence during the week of July 7.

12.     Based upon the extent of the work to be performed, the consultant's final report of findings will not likely be submitted to the RWQCB until mid to late August 2008.  Accordingly, a meeting with the RWQCB to review the report and to discuss its impact on the scope of the remediation work to be performed at the subject property will not likely occur until the first or second week of September 2008.

13.     Since February of this year, the parties have been involved in ongoing negotiations seeking to reach a resolution of this matter outside the litigation context.  However, the outcome of the additional site investigation work required by the RWQCB and the RWQCB's ultimate

PDF created with pdfFactory trial version www.pdffactory.com

1   determination as to the scope of the remediation work to be performed at the Site directly impact

2   the cost of the remediation of the Site, the ability of the parties to settle this dispute, and which

3   parties Fox would seek to join to this action if the matter is not settled.  For these reasons, and in

4   the interest of reducing the burden on the court and its resources, the parties stipulate and

5   respectfully request the Court's approval that the deadline by which Fox is to file its pleading

6   documents to join additional parties be extended to October 20, 2008.

7           14.     Other than the deadline for Fox to join additional parties and a status conference

8   scheduled with the Court for August 4, 2008, there are no other deadlines or events currently

9   scheduled in this lawsuit.

10          15.     The parties also request that the Court move the currently scheduled status

11  conference to a date following October 20, 2008.

12

13  DATED: July 7, 2008                     MORRISON & FOERSTER LLP

14
                                            s/Brooks M. Beard
15                          By              _____
16                                          BROOKS M. BEARD (SB# 181271)
                                            RACHAEL CLARKE (SB#248844)
17                                          Attorneys for Plaintiff
                                            SEVEN SPRINGS LIMITED PARTNERSHIP
18
    DATED: July 7, 2008                     HOGAN & HARTSON LLP
19
                                            s/Scott H. Reisch
20                          By              _____
21                                          SCOTT H. REISCH (SB # 139559)
                                            Attorneys for Defendant
                                            FOX CAPITAL MANAGEMENT CORPORATION
22

23  DATED: July 7, 2008                     LEWIS BRISBOIS BISGAARD & SMITH LLP

24
                                            s/Paul A. Desrochers
25                          By              _____
26                                          GLENN A. FRIEDMAN (SB# 104442)
                                            PAUL A. DESROCHERS (SB# 214855)
27                                          Attorneys for Defendant
                                            FOX CAPITAL MANAGEMENT CORPORATION
28

4817-0714-6242.1                                  4                          07-CV-00142-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1

**ORDER**

2       Pursuant to the stipulation of the parties and for good cause shown, it is hereby ordered as

3   follows:

4       The deadline for Fox to join additional parties is extended to October 20, 2008.  The Status

5   Conference currently scheduled for August 4, 2008 is moved to October 27, 2008 at 2:30 p.m.

6   **IT IS SO ORDERED.**

7

8   Dated: July 8, 2008.

9

10                          LAWRENCE K. KARLTON
11                          SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com