SCOTT REISCH, SB # 139559
 E-Mail: shreisch@hhlaw.com
**HOGAN & HARTSON LLP**
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Telephone:  303. 899.7355
Facsimile:  303. 899.7333

GLENN A. FRIEDMAN, SB# 104442
 E-Mail: friedman@lbbslaw.com
PAUL A. DESROCHERS, SB#214855
 E-Mail: desrochers@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
FOX CAPITAL MANAGEMENT
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVEN SPRINGS LIMITED PARTNERSHIP, a Missouri limited partnership,<br><br>                    Plaintiff,<br><br>          v.<br><br>FOX CAPITAL MANAGEMENT CORPORATION, a California corporation,<br><br>                    Defendant.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. 07-CV-00142-LKK-GGH<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR FOX CAPITAL MANAGEMENT CORPORATION TO JOIN ADDITIONAL PARTIES**<br><br>Judge:   Hon. Lawrence K.  Karlton<br><br>Complaint Filed: May 16, 2007 |

07-CV-00142-LKK-GGH
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO JOIN ADDITIONAL PARTIES

PDF created with pdfFactory trial version www.pdffactory.com

1    Defendant FOX CAPITAL MANAGEMENT CORPORATION ("Fox") and Plaintiff SEVEN SPRINGS LIMITED PARTNERSHIP ("Seven Springs"), by and through their respective counsel, stipulate to and respectfully request that the Court grant the parties' request to extend the deadline for Fox to join additional parties.  In support of this stipulated request, the parties state as follows:

1.    Since May 2008, the parties have been actively working with the California Regional Water Quality Control Board, Lahontan Region ("RWQCB"), to define the extent of remediation of Seven Springs' property ("Site") that would satisfy the RWQCB, and thereby lead to a settlement of this litigation.  To address questions raised by the RWQCB in a meeting held on May 9, 2008, the parties voluntarily proposed an extensive soil and groundwater sampling program to more completely define Site conditions, consisting of:  (1) the installation, development and sampling of eight new dual-zone groundwater monitoring wells; (2) the analysis of the data obtained; and (3) generation of the necessary reports to the RWQCB.  The RWQCB approved a scope of work for that sampling program on June 24, 2006, and the parties thereafter promptly commenced implementation of the program.

2.    On or about July 7, 2008, the parties filed a stipulated request asking the Court to extend the deadline for Fox to join additional parties until October 20, 2008, and to postpone the scheduled status conference.  The Court agreed to do so and continued the Status Conference in this matter until October 27, 2008.

3.    Due to unanticipated conditions at the Site, the additional investigation work was not completed until mid September 2008.  A report of the results of the additional investigative work was promptly prepared and submitted to the RWQCB on September 22, 2008.  Two days later, on September 24, 2008, the parties met with the RWQCB to discuss the results of the investigation and the scope of the remediation the RWQCB would require at the Site.

4.    At the September 24, 2008 meeting, the RWQCB advised the parties as to what it anticipated the extent of the remediation work it would require from the parties and suggested that one option was for the parties to submit a proposed Interim Remedial Action Plan (IRAP) to address the contamination at the Site.

PDF created with pdfFactory trial version www.pdffactory.com

5. Since the September 24, 2008 meeting, the parties' consultants have been preparing a draft IRAP and budget for the work for submission to and approval by the RWQCB. The parties expect that the proposed IRAP can be submitted to the RWQCB by the second week in November. Based on their interactions with the RWQCB, the parties believe it is likely that the RWQCB will approve the proposed IRAP substantially as proposed.

6. The RWQCB's evaluation of the proposed IRAP will directly impact the cost of remediating the Site and the ability of the parties to settle this dispute. The parties believe that if the RWQCB approves the IRAP substantially as proposed, this case can be settled, without the need for joining additional parties.

7. In the interest of reducing the burden on the Court and its resources, the parties stipulate and respectfully request the Court's approval that the deadline by which Fox is to file its pleading documents to join additional parties be extended sixty (60) days, from the current deadline of October 20, 2008, until December 19, 2008.

8. Other than the deadline for Fox to join additional parties and a status conference scheduled with the Court for October 27, 2008, there are no other deadlines or events currently scheduled in this lawsuit.

9. The parties also request that the Court move the currently scheduled status conference to a date following the December 19, 2008 filing deadline.

DATED: October 15, 2008            MORRISON & FOERSTER LLP

                                    /S/Brooks M. Beard
                            By      _____
                                    BROOKS M. BEARD (SB# 181271)
                                    Attorneys for Plaintiff
                                    SEVEN SPRINGS LIMITED PARTNERSHIP

DATED: October 15, 2008            HOGAN & HARTSON LLP

                                    /S/Scott H. Reisch
                            By      _____
                                    SCOTT H. REISCH (SB # 139559)
                                    Attorneys for Defendant
                                    FOX CAPITAL MANAGEMENT CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: October 15, 2008                    LEWIS BRISBOIS BISGAARD & SMITH LLP

3                          By   /S/Paul A. Desrochers
                                _____
                                GLENN A. FRIEDMAN (SB# 104442)
4                               PAUL A. DESROCHERS (SB# 214855)
                                Attorneys for Defendant
5                               FOX CAPITAL MANAGEMENT CORPORATION

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and for good cause shown, it is hereby ordered as follows:

The deadline for Fox to join additional parties is extended to December 19, 2008. The Status Conference currently scheduled for October 27, 2008 is moved to February 2, 2009 at 10:30 a.m. The parties shall file their status reports ten (10) days prior to the new status conference date.

**IT IS SO ORDERED.**

Dated: _October 17, 2008._____

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com