| | |
|---|---|
| 1 | BROOKS M. BEARD (CA Bar No. 181271) |
|   |   (Email: BBeard@mofo.com) |
| 2 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 3 | San Francisco, California 94105-2482 |
|   | Telephone: (415) 268-7000 |
| 4 | Facsimile: (415) 268-7522 |
| 5 | Attorneys for Plaintiff |
|   | SEVEN SPRINGS LIMITED PARTNERSHIP |
| 6 |   |
|   | SCOTT H. REISCH (CA Bar No. 139559) |
| 7 |   (Email: shreisch@hhlaw.com) |
|   | HOGAN & HARTSON LLP |
| 8 | One Tabor Center |
|   | 1200 Seventeenth Street |
| 9 | Denver, Colorado 80202 |
|   | Telephone: (303) 899-7300 |
| 10 | Facsimile: (303) 899-7333 |
| 11 | GLENN A. FRIEDMAN (CA Bar No. 104442) |
|   |   (Email: friedman@lbbslaw.com) |
| 12 | PAUL A. DESROCHERS (CA Bar No. 214855) |
|   |   (Email: desrochers@lbbslaw.com) |
| 13 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|   | One Sansome Street, Suite 1400 |
| 14 | San Francisco, California 94104 |
|   | Telephone: (415) 362-2580 |
| 15 | Facsimile: (415) 434-0882 |
| 16 | Attorneys for Defendant |
|   | FOX CAPITAL MANAGEMENT CORPORATION |
| 17 |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | SEVEN SPRINGS LIMITED PARTNERSHIP, a Missouri limited partnership, | Case No.   07-00142-LKK-GGH |
| 22 |   | **JOINT STIPULATION AND ORDER REQUESTING RESCHEDULING OF STATUS CONFERENCE** |
| 23 | Plaintiff, |   |
|   | v. |   |
| 24 |   |   |
| 25 | FOX CAPITAL MANAGEMENT CORPORATION, a California corporation, |   |
| 26 | Defendant. |   |
| 27 |   |   |
| 28 |   |   |

JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING RESCHEDULING OF STATUS CONFERENCE
sf-2630050

PDF created with pdfFactory trial version www.pdffactory.com

1   Plaintiff Seven Springs Limited Partnership ("Seven Springs") and Defendant Fox Capital
2   Management Corporation ("Fox"), collectively referred to as the "Parties," by and through their
3   respective counsel, respectfully request that the status conference in the case, currently scheduled
4   for February 2, 2009, be rescheduled for May 11, 2009, or as soon thereafter as is convenient for
5   the Court.  In support of this request, the parties state and stipulate as follows:
6       1.   on December 19, 2008, Fox filed a third-party complaint adding 29 additional
7   parties to this case;
8       2.   on Wednesday, January 7, 2009, the Court issued the Summons for Fox's
9   third-party complaint;
10      3.   a status conference in this case is currently set for February 2, 2009; and
11      4.   so that Fox has sufficient time to serve the 29 new parties and so that those
12  new parties have sufficient time to select counsel, make appearances, and file a responsive
13  pleadings, the Parties believe that rescheduling the status conference to a later date will result in
14  the most efficient use of judicial and party time and resources; and
15      5.   other than the status conference currently scheduled for February 2, 2009, there
16  are no other deadlines or event currently scheduled in this case.
17      For the foregoing reasons, the Parties respectfully request that the Court reschedule the
18  status conference for May 11, 2009, or as soon thereafter as is convenient for the Court.
19      Respectfully submitted,
20
21  Dated: January 15, 2008        MORRISON & FOERSTER LLP
                                   BROOKS M. BEARD
22
23                                 By:     /s/  Brooks M. Beard
                                         Brooks M. Beard
24
                                   Attorneys for Plaintiff SEVEN SPRINGS LIMITED
25                                 PARTNERSHIP
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: January 15, 2008 | HOGAN & HARTSON LLP<br>SCOTT H. REISCH |
| 2 | | |
| 3 | | By:  /s/  Scott H. Reisch (as authorized on 1/15/09)<br>           Scott H. Reisch |
| 4 | | |
| 5 | | LEWIS BRISBOIS BISGAARD & SMITH<br>GLENN A. FRIEDMAN<br>PAUL A. DESROCHERS |
| 6 | | |
| 7 | | By:  /s/  Paul A. Desrochers (as authorized on 1/15/09)<br>           Paul A. Desrochers |
| 8 | | |
| 9 | | Attorneys for Defendant FOX CAPITAL MANAGEMENT CORPORATION |

**ORDER**

Pursuant to the stipulation of the parties and for good cause shown, it is hereby ordered as follows:

The Status Conference currently scheduled for February 2, 2009, is rescheduled to May 11, 2009 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:   January 20, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com