| | |
|---|---|
| DANIEL J. O'HANLON, State Bar No. 122380<br>KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD<br>400 Capitol Mall, 27th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 321-4500<br>Facsimile: (916) 321-4555<br><br>Attorneys for Third-Party Defendant<br>INTERLAND COMMUNITIES, INC. | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SEVEN SPRINGS LIMITED PARTNERSHIP, a Missouri limited partnership,<br><br>        Plaintiff,<br><br>v.<br><br>FOX CAPITAL MANAGEMENT CORPORATION, a California corporation,<br><br>        Defendant.<br><br>FOX CAPITAL MANAGEMENT CORPORATION, a California corporation,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>REAL ESTATE MANAGEMENT ASSOCIATES, LLC, et al.<br><br>        Third-Party Defendants. | CASE NO. 07-CV-00142-LKK-GGH<br><br>**STIPULATION AND APPLICATION FOR EXTENSION OF TIME FOR THIRD-PARTY DEFENDANT INTERLAND COMMUNITIES, INC. TO RESPOND TO FOX CAPITAL MANAGEMENT'S THIRD PARTY COMPLAINT AND ORDER THEREON**<br>**[Eastern District Local Rule 6-144(a)]** |

WHEREAS, Third-Party Plaintiff Fox Capital Management Corporation ("Fox Capital") served its Third-Party Complaint in this action on Third-Party Defendant Interland Communities, Inc. ("Interland") on March 9, 2009;

915113.1                                                             -1-                                              No. 07-CV-00142-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Interland's answer or other response to the Third-Party Complaint was due on March 30, 2009;

WHEREAS, Fox Capital and Interland have previously stipulated that Interland have an additional 30 days to answer or otherwise respond to the Third-Party Complaint, making Interland's response due on or before April 28, 2009;

WHEREAS, the firm Manatt, Phelps & Phillips, LLP has found it necessary to withdraw from representation of Interland due to a potential conflict of interest;

WHEREAS, the firm of Kronick, Moskovitz, Tiedemann & Girard has agreed to represent Interland in lieu of Manatt, Phelps & Phillips, and has today been retained for that purpose;

WHEREAS, under these circumstances, Fox Capital is amenable to extending the time for Interland to answer or otherwise respond to May 6, 2009, provided that is acceptable to the Court; and

WHEREAS, with a May 6 filing date, Interland's answer or other response will be filed prior to the next status conference, set for May 11, 2009.

IT IS HEREBY STIPULATED between Fox Capital and Interland that, subject to the Court's approval, Interland shall have until May 6, 2009 to answer or otherwise respond to the Third-Party Complaint.

Dated: April 29, 2009    KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Law Corporation


By:    /s/ Daniel J. O'Hanlon
    Daniel J. O'Hanlon
    Attorneys for Third-Party Defendant
    INTERLAND COMMUNITIES, INC.

915113.1                -2-                No. 07-CV-00142-LKK-GGH

Stipulation and Application for Extension of Time for Third-Party Defendant Interland Communities, Inc. to Respond to Complaint and Order

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: April 29, 2009 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | | |
| 3 | | By: /s/ Paul A. Desrochers (as authorized on 4/29/09) |
| 4 | | Paul A. Desrochers<br>Attorneys for Defendant and Third-Party Plaintiff |
| 5 | | FOX CAPITAL MANAGEMENT CORPORATION |

## APPLICATION

Based on the facts recited above, Interland respectfully requests that the Court extend the time for its answer or other response to the Third-Party Complaint to May 6, 2009.

Dated: April 29, 2009         KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                              A Law Corporation


                              By:   /s/ Daniel J. O'Hanlon
                                  Daniel J. O'Hanlon
                                  Attorneys for Third-Party Defendant
                                  INTERLAND COMMUNITIES, INC.

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that Interland shall have until May 6, 2009 to answer or otherwise respond to Fox Capital's Third-Party Complaint.

DATED: May 4, 2009.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com