```
                    UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA


SEVEN SPRINGS LIMITED
PARTNERSHIP, a Missouri
limited partnership,
                                      NO. CIV. S-07-142 LKK/GGH

          Plaintiff,

     v.
                                           O R D E R
FOX CAPITAL MANAGEMENT
CORPORATION, a California
corporation,

          Defendant.
                              /
```

A status conference was held in chambers on May 11, 2009. After hearing, the court orders as follows:

1. A further status conference is set for September 14, 2009 at 1:30 p.m.

IT IS SO ORDERED.

DATED: May 12, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT