1  BROOKS M. BEARD (CA SBN 181271)
   BBeard@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  Attorneys for Plaintiff SEVEN SPRINGS LIMITED
   PARTNERSHIP and for Third-Party Defendants REAL
6  ESTATE MANAGEMENT ASSOCIATES, LLC, THE
   COMMERCE TRUST COMPANY, FIRST
7  COMMERCIAL PROPERTIES, and JIM MEREDITH

8  SCOTT H. REISCH (CA Bar No. 139559)
   shreisch@hhlaw.com
9  HOGAN & HARTSON LLP
   One Tabor Center
10 1200 Seventeenth Street
   Denver, Colorado 80202
11 Telephone: 303.899.7300
   Facsimile: 303.899.7333
12
   GLENN A. FRIEDMAN (CA Bar No. 104442)
13 friedman@lbbslaw.com
   PAUL A. DESROCHERS (CA Bar No. 214855)
14 desrochers@lbbslaw.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
15 One Sansome Street, Suite 1400
   San Francisco, California 94104
16 Telephone: 415.362.2580
   Facsimile: 415.434-0882
17
   Attorneys for Defendant and Third-Party Plaintiff
18 FOX CAPITAL MANAGEMENT CORPORATION

19                    UNITED STATES DISTRICT COURT

20                    EASTERN DISTRICT OF CALIFORNIA

21

22 SEVEN SPRINGS LIMITED PARTNERSHIP, a          Case No.    07-00142-LKK-GGH
   Missouri limited partnership,
23                                               **STIPULATION AND
                          Plaintiff,             APPLICATION FOR
24                                               EXTENSION OF TIME TO
                  v.                             RESPOND TO FOX'S THIRD-
25                                               PARTY COMPLAINT**
   FOX CAPITAL MANAGEMENT
26 CORPORATION, a California corporation,

27                        Defendant.

28

Stipulation and App. for Extension of Time to
Respond to Fox's Third-Party Complaint
sf-2691812

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, Third-Party Plaintiff Fox Capital Management Corporation ("Fox") served

2 its Third-Party Complaint in this action on Third-Party Defendants Real Estate Management

3 Associates, LLC ("REMA"), The Commerce Trust Company ("Commerce"), and the Jack R.

4 Lyddon Trust II ("Trust") on or about April 15, 2009, and on First Commercial Properties ("First

5 Commercial") and Jim Meredith ("Mr. Meredith") on or about April 23, 2009;

6    WHEREAS, the Parties previously stipulated pursuant to Eastern District Local Rule 6-

7 144(A) to an extension of time until May 29, 2009, for REMA, Commerce, Trust, First

8 Commercial, and Mr. Meredith to respond to Fox's Third-Party Complaint;

9    WHEREAS, REMA, Commerce, Trust, First Commercial, and Mr. Meredith seek an

10 additional fourteen-day extension—to June 12, 2009—to respond to Fox's Third-Party

11 Complaint.

12    WHEREAS, Fox on the one hand and REMA, Commerce, Trust, First Commercial, and

13 Mr. Meredith on the other stipulate that the latter may have until June 12, 2009, to respond to

14 Fox's Third-Party Complaint.

15    PURSUANT TO STIPULATION, the Parties respectfully request that the Court extend

16 the deadline for REMA, Commerce, Trust, First Commercial, and Mr. Meredith until June 12,

17 2009, to respond to Fox's Third-Party Complaint.

18    Respectfully submitted,

19

20   Dated: May 28, 2009                MORRISON & FOERSTER LLP
                                         BROOKS M. BEARD
21

22                                       By:    /s/  Brooks M. Beard
23                                              Brooks M. Beard

24                                       Attorneys for Plaintiff SEVEN SPRINGS LIMITED
                                         PARTNERSHIP and for Third-Party Defendants REAL
25                                       ESTATE MANAGEMENT ASSOCIATES, LLC, THE
                                         COMMERCE TRUST COMPANY, FIRST
26                                       COMMERCIAL PROPERTIES, and JIM MEREDITH

27

28   / / /

Stipulation and App. for Extension of Time to                1
Respond to Fox's Third-Party Complaint
sf-2691812

PDF created with pdfFactory trial version www.pdffactory.com

1   Dated: May 28, 2009

2

HOGAN & HARTSON LLP
SCOTT H. REISCH

3   By:   /s/  Scott H. Reisch (as authorized on 5/28/09)

Scott H. Reisch

4

LEWIS BRISBOIS BISGAARD & SMITH
5   GLENN A. FRIEDMAN
PAUL A. DESROCHERS

6

7   By:   /s/  Paul A. Desrochers (as authorized on 5/28/09)

Paul A. Desrochers

8

9   Attorneys for Defendant and Third-Party Plaintiff FOX
CAPITAL MANAGEMENT CORPORATION

10

11                              **ORDER**

12          GOOD CAUSE APPEARING, it is hereby ordered that REMA, Commerce, Trust, First

13   Commercial, and Mr. Meredith shall have until June 12, 2009, to respond to Fox's Third-Party

14   Complaint.

15          Dated:  June 1, 2009

16

17

18   LAWRENCE K. KARLTON
SENIOR JUDGE
19   UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

Stipulation and App. for Extension of Time to
Respond to Fox's Third-Party Complaint
sf-2691812                                          2

PDF created with pdfFactory trial version www.pdffactory.com