1   GLENN A. FRIEDMAN, SB# 104442
       E-Mail: friedman@lbbslaw.com
2   PAUL A. DESROCHERS, SB#214855
       E-Mail: desrochers@lbbslaw.com
3   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    One Sansome Street, Suite 1400
4   San Francisco, California  94104
    Telephone: 415.362.2580
5   Facsimile: 415.434.0882

6   SCOTT H. REISCH, SB #139559
       E-Mail: shreisch@hhlaw.com
7   HOGAN & HARTSON LLP
    1200 Seventeenth Street
8   Denver, CO 80202
    Telephone: (303) 899-7300
9   Facsimile:  (303) 899-7333

10  Attorneys for Third-Party Plaintiff
    FOX CAPITAL MANAGEMENT
11  CORPORATION

12                UNITED STATES DISTRICT COURT

13               EASTERN DISTRICT OF CALIFORNIA

14  SEVEN SPRINGS LIMITED PARTNERSHIP,   CASE NO. 07-CV-00142-LKK-GGH
    a Missouri limited partnership,
15                                        **STIPULATION AND ORDER RE:**
             Plaintiff,                   **DISMISSAL OF THIRD PARTY**
16                                        **DEFENDANT LEID'S, INC.**
         v.
17
    FOX CAPITAL MANAGEMENT
18  CORPORATION, a California corporation,

19           Defendant.

20
    FOX CAPITAL MANAGEMENT
21  CORPORATION, a California corporation,

22           Defendant and Third-Party
             Complainant,
23
         v.
24
    REAL ESTATE MANAGEMENT
25  ASSOCIATES LLC, CONNOLLY
    DEVELOPMENT, INC., THE COMMERCE
26  TRUST COMPANY, INTERLAND
    COMMUNITIES, INC., THE ESTATE OF
27  DOROTHY S. LYDDON, JACK R. LYDDON
    TRUST II, MARTHA D. LYDDON, JOHN K.
28  LYDDON, GRANT S. LYDDON, MARY



4830-0168-5251.1                    1                 07-CV-00142-LKK-GGH
    STIPULATION AND PROPOSED ORDER RE: DISMISSAL OF THIRD PARTY DEFENDANT LEID'S, INC.

---

Formatted: French (France)

Field Code Changed

Formatted: French (France)

Formatted: French (France)

---

PDF created with pdfFactory trial version www.pdffactory.com

LOU BAISLEY, ESTATE OF LEROY
BAISLEY, THE ESTATE OF KJELL
HAKANSSON, KERSTEN HAKANSSON,
ESTATE OF ROBERT (BOBBY) PAGE,
BOBBY PAGE'S, INC., LEID'S, INC.,
ROBERT PRUPAS, BERNIECE PRUPAS,
NORMAN PRUPAS, PETER D. QUENZER,
FERN QUENZER, KIM WELCH, DEBRA
WELCH, DAVID ROGERS, LOUZEL
ROGERS, JIM MEREDITH, FIRST
COMMERCIAL PROPERTIES,
SUPPLIER/TRANSPORTER DOES 1-20,
ALLIANCE LAUNDRY SYSTEMS, LLC,
PRODUCT MANUFACTURERS DOES 21-
25, DOES 26-100.

Third-Party Defendant(s).

## STIPULATION AND ORDER FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between Defendant and Third-Party Plaintiff, FOX CAPITAL MANAGEMENT CORPORATION, a California corporation ("FOX") and Third-Party Defendant LEID'S, INC. ("LEID'S"), by and through their respective counsel of record as follows:

1.   That the Third-Party complaint in the above-entitled action against LEID'S alone, and no other third party defendant, may be **dismissed with prejudice**, with the parties to each bear their own costs and attorneys' fees.

2.   The Court may enter an order implementing the provisions of Paragraph 1 of this stipulation.

Dated: June 4, 2009                          Dated:  June 5, 2009

CAULFIELD, DAVIES, DONAHUE, LLP          LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/Rebecca Weinstein-Hamilton            /s/Paul A. Desrochers
REBECCA WEINSTEIN-HAMILTON, Esq.         PAUL A. DESROCHERS, Esq.
California State Bar No. 162699           California State Bar No. 214855
P.O. Box 277010                           One Sansome Street, 14th Floor
Sacramento, CA  95827                     San Francisco, CA  94104

*Attorneys for Third-Party Defendant*    *Attorneys for Third-Party Complainant*
LEID'S, INC.                             FOX CAPITAL MANAGEMENT
                                          CORPORATION



4830-0168-5251.1                          2                    07-CV-00142-LKK-GGH
STIPULATION AND PROPOSED ORDER RE: DISMISSAL OF THIRD PARTY DEFENDANT LEID'S, INC.

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER FOR DISMISSAL WITH PREJUDICE**

Upon stipulation of the parties, by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Third-Party complaint in the above entitled action against LEID'S alone be, and the same is hereby, **dismissed with prejudice,** each party to bear their own costs and attorneys' fees.

Dated: June 8, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Submitted By:

LEWIS BRISBOIS BISGAARD & SMITH LLP


By:   /s/Paul A. Desrochers
    PAUL A. DESROCHERS, ESQ.
    California State Bar No. 214855
    One Sansome Street, 14th Floor
    San Francisco, CA  94104
    Telephone:  (415) 438-6615

    *Attorneys for Third-Party Complainant*
    FOX CAPITAL MANAGEMENT CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com