UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

SEVEN SPRINGS LIMITED
PARTNERSHIP, a Missouri partnership,

Plaintiff,

v.

FOX CAPITAL MANAGEMENT
CORPORATION, a California corporation,

Defendant.

FOX CAPITAL MANAGEMENT
CORPORATION, a California corporation,

Third Party Plaintiff,

v.

REAL ESTATE MANAGEMENT
ASSOCIATES, LLC., CONNOLLY
DEVELOPMENT, INC., THE COMMERCE
TRUST COMPANY, INTERLAND
COMMUNITIES, INC., THE ESTATE OF
DOROTHY S. LYDDON, JACK R.
LYDDON TRUST II, MARTHA D.
LYDDON, JOHN K. LYDDON, GRANT S.
LYDDON, MARY LOU BAISLEY, ESTATE
OF LEYROY BAISLEY, THE ESTATE OF
KJELL HAKANSSON, KERSTEN
HAKANSSON, ESTATE OF ROBERT
(BOBBY) PAGE, BOBBY PAGE'S, INC.,
LEID'S, INC., ROBERT PRUPAS,
BERNIECE PRUPAS, NORMAN PRUPAS,
PETER D. QUENZER, FERN QUENZER,
KIM WELCH, DEBRA WELCH, DAVID
ROGERS, LOUZEL ROGERS, JIM
MEREDITH, FIRST COMMERCIAL
PROPERTIES, SUPPLIER/TRANSPORTER
DOES 1-20, ALLIANCE LAUNDRY
SYSTEMS, LLC., PRODUCT
MANUFACTURERS DOES 21-25, AND
DOES 26-100,

Third Party Defendants.

CASE NO. 07-CV-00142-LKK-GGH

**ORDER GRANTING JOINT STATUS
CONFERENCE STATEMENT, REQUEST
TO RESCHEDULE STATUS
CONFERENCE**

Hearing Date:   September 14, 2009
Time:               1:30 p.m.
Courtroom:     4
The Hon. Lawrence K. Karlton

Action Filed:    January 19, 2007
TRIAL DATE:  None Set

\\DE - 068494000017 - 429281.v1

PDF created with pdfFactory trial version www.pdffactory.com

GOOD CAUSE APPEARING, it is hereby ordered that the status conference in this case, currently scheduled for September 14, 2009, is rescheduled to December 14, 2009, at 3:30 p.m.

Dated:  September 9, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

\\DE - 068894\000017 - 429281.v1

PDF created with pdfFactory trial version www.pdffactory.com